IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND NECHETSKY**, <br><br> *Plaintiff* <br><br> v. <br><br> **PRECISION SHOOTING EQUIPMENT, INC.**, <br><br> *Defendant* | Case No. 5:19-cv-00926-JDW |

## ORDER

**AND NOW**, this 10th day of October, 2019, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

                                                             **BY THE COURT:**

                                                          */s/ Joshua D. Wolson*
                                                          JOSHUA D. WOLSON, J.